IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
JAN 24 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) DOCKET NO. 4:20-MJ-7 |
| | ) (Misdemeanor) |
| STEPHEN C. CLARE | ) VA 19 |
| | ) |
| | ) Court Date: January 31, 2020 |
| | ) Time: 8:30 a.m. |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor) Ticket No. 8091577

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 20, 2020, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and the Eastern District of Virginia, the defendant, STEPHEN C. CLARE, did knowingly and unlawfully operate a motor vehicle while under the influence of alcohol. (In violation of Title 18, United States Code, Sections 7 & 13, assimilating

Code of Virginia, Section 18.2-266 and 270(A)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
stacey.n.jacovetti.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on ̲J̲a̲n̲ ̲2̲4̲ , 2020, I served a true copy of the foregoing CRIMINAL INFORMATION on Stephen Pfeiffer, counsel the defendant STEPHEN C. CLARE.

By: *[signature]*
STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
stacey.n.jacovetti.mil@mail.mil